**Order entered December 2, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00891-CV

## IN RE MEGATEL HOMES III, LLC, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-02960**

## ORDER
Before Justices Molberg, Reichek, and Smith

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **LIFT** the stay issued by this Court's November 3, 2021 order. We also **DENY** as moot real parties in interest's emergency motion to reconsider the stay.


/s/     CRAIG SMITH
        JUSTICE